UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. VILLAREAL, | No. 2:14-cv-00913 AC P |
| Plaintiff, | |
| v. | ORDER |
| DEAN ADAMS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The parties in this case have consented to the jurisdiction of the magistrate judge. ECF Nos. 6, 10.

The dispositive motion filing deadline expired on March 16, 2015.  ECF No. 13.  Because the parties have not filed dispositive motions, the court will proceed to set a final pretrial conference and trial date.  Counsel for the defendants will be required to file a notice with the court advising of the estimated length of trial and any dates he or the defendants will be unavailable for trial in February and March 2016.  Plaintiff may also file a notice regarding his availability during that time.  The court will require that the parties exhaust settlement efforts, and will refer the parties to another magistrate judge of the court for a settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties are hereby notified that a Settlement Conference has been SET for October

1

1, 2015, at 10:00 a.m. in Courtroom #9 before Magistrate Judge Gregory G. Hollows.  Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.  Each party is directed to submit to the chambers of Judge Gregory G. Hollows confidential settlement conference statements to the following email address: gghorders@caed.uscourts.gov not later than September 24, 2015.  If plaintiff is unable to access the internet, he shall, on or before Friday, September 18, 2015, send his statement to the court by mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Gregory G. Hollows.  Such statements are neither to be filed with the Clerk nor served on the opposing party.  However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

2.  The court will issue a writ of habeas corpus ad testificuandum for plaintiff's appearance at the settlement conference at a later date.

3.  Within fourteen days of the filing of this order, counsel for defendants must file a notice advising the court of the estimated length of trial and of any dates he is unavailable for trial in February and March 2016.  If plaintiff wishes, within fourteen days of the date this order is filed, he may also file a notice advising of any dates he is unavailable for trial in February and March 2016.

DATED: April 14, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE