UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID A. VILLAREAL

        Plaintiff,

vs.

DEAN ADAMS, et al.

        Defendants.
_____/

No. 2:14-cv-00913 AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    David A. Villareal, inmate # T62017, is a necessary and material witness in a settlement conference in this case on October 1, 2015, is confined in Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 13th Floor, Courtroom 9, United States District Courthouse, 501 I Street, Sacramento, California on October 1, 2015, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference in United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640:**

    **WE COMMAND** you to produce the inmate named above to participate in a settlement conference before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  August 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE