**GARY BRICKWOOD, State Bar No. 94892**
**BRICKWOOD LAW OFFICE**
1135 Pine Street, Suite 210
Redding, CA  96001
(530) 245-1877
FAX: (530) 245-1879

Attorneys for Defendants
DEAN ADAMS and
JONATHAN SHELDON,
named as OFFICER SHELDON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. VILLAREAL,<br><br>    Plaintiff,<br><br>    vs.<br><br>OFFICER DEAN ADAMS,<br>JONATHAN SHELDON, named as<br>OFFICER SHELDON,<br><br>    Defendants.<br>_____/ | Case No. 2:14-cv-0913 AC P<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The Court has considered the stipulation and request of the parties to dismiss the case with prejudice following a settlement entered in Court at a settlement conference on October 1, 2015.

IT IS ORDERED that the case is dismissed in its entirety that each party will bear their own attorney's fees and costs, and the Court clerk is directed to close the file.

Dated:  October 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE